```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/31/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
STEPHEN BUSHANKY,                              :
                                               :
                            Plaintiff,         :
         -against-                             :
                                               :       23-CV-5167 (VEC)
ARCONIC CORPORATION, WILLIAM F.                :
AUSTEN, CHRISTOPHER L. AYERS,                  :
MARGARET S. BILLSON, JACQUES                   :
CROISETIERE, ELMER L. DOTY, CAROL S.           :
EICHER, FREDERICK A. HENDERSON, ELLIS          :
A. JONES, TIMOTHY D. MYERS, E. STANLEY         :
O'NEAL, and JEFFREY STAFEIL,                   :
                                               :
                            Defendants.        :
------------------------------------------------------------X


------------------------------------------------------------X
ROBERT WILLIAMS,                               :
                                               :
                            Plaintiff,         :
         -against-                             :
                                               :       23-CV-5235 (VEC)
ARCONIC CORPORATION, FREDERICK A.              :
HENDERSON, WILLIAM F. AUSTEN,                  :
CHRISTOPHER L. AYERS, MARGARET S.              :
BILLSON, JACQUES CROISETIERE, ELMER L.         :
DOTY, CAROL S. EICHER, ELLIS A. JONES,         :
TIMOTHY D. MYERS, E. STANLEY O'NEAL,           :
and JEFFREY STAFEIL,                           :
                                               :
                            Defendants.        :
------------------------------------------------------------X

```
------------------------------------------------------------X
ZAHAVA ROSENFELD,                                           :
                                                            :
                                Plaintiff,                  :
                -against-                                   :
                                                            :   23-CV-5313 (VEC)
ARCONIC CORPORATION, WILLIAM F.                             :
AUSTEN, CHRISTOPHER L. AYERS,                               :
MARGARET S. BILLSON, JACQUES                                :
CROISETIERE, ELMER L. DOTY, CAROL S.                        :
EICHER, FREDERICK A. HENDERSON, ELLIS                       :
A. JONES, TIMOTHY D. MYERS, E. STANLEY                      :
O'NEAL, and JEFFREY STAFEIL,                                :
                                                            :
                                Defendants.                 :
------------------------------------------------------------X


------------------------------------------------------------X
THOMAS A. LASKARIS,                                         :
                                                            :
                                Plaintiff,                  :
                -against-                                   :
                                                            :   23-CV-5461 (VEC)
ARCONIC CORPORATION, WILLIAM F.                             :
AUSTEN, CHRISTOPHER L. AYERS,                               :
MARGARET S. BILLSON, JACQUES                                :
CROISETIERE, ELMER L. DOTY, CAROL S.                        :
EICHER, FREDERICK A. HENDERSON, ELLIS                       :
A. JONES, TIMOTHY D. MYERS, E. STANLEY                      :
O'NEAL, and JEFFREY STAFEIL,                                :
                                                            :
                                                            :
                                Defendants.                 :
------------------------------------------------------------X
```

**ORDER**

VALERIE CAPRONI, United States District Judge:

      WHEREAS all remaining Plaintiffs in this matter have submitted notices of voluntary dismissal, *see O'Dell v. Arconic Corp. et al*, No. 23-CV-4971, Dkts. 10–12; *Laskaris v. Arconic Corp. et al*, No. 23-CV-5461, Dkt. 8.

IT IS HEREBY ORDERED that the Clerk of Court is respectfully directed to CLOSE all cases in this consolidated action.

SO ORDERED.

Date: July 31, 2023
New York, New York

VALERIE CAPRONI
United States District Judge